USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES VINAS, *et al.*,

         Plaintiff,

-against-

PROCIDA CONSTRUCTION CORP., *et al.*,
         Defendants.

18cv01699 (DF)

**CORRECTED ORDER OF DISMISSAL**

**DEBRA FREEMAN, United States Magistrate Judge:**

  In this action under the Fair Labor Standards Act, the New York Labor Law, and New York common law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The parties have also submitted a letter to the Court, explaining why they believe the proposed settlement agreement is fair, reasonable, and adequate. (Dkt. 41; *see also* Dkt. 43 (follow-up letter).) This Court has reviewed the parties' submissions in order to determine whether the proposed agreement (included as part of Dkt. 43) represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in the parties' letters, the terms of the proposed settlement agreement, and this Court's own familiarity with this matter, it is hereby ORDERED that:

  1.  The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiffs' claims in this action and to compensate Plaintiffs' counsel for their legal fees, and the agreement is therefore approved.

2. The Court notes that the proposed settlement agreement expressly contemplates that this Court will retain jurisdiction over this action. (*See* Dkt. 43 (proposed settlement agreement ¶ 11).) In light of this, and in order to effectuate the evident intent of the parties, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement.

3. As a result of the Court's approval of the parties' executed settlement agreement, this action is hereby discontinued with prejudice and without costs or fees to any party. The Clerk of Court is directed to close this case on the Docket of the Court.

Dated: New York, New York
     April 25, 2019
     (*nunc pro tunc* to January 31, 2019)

                        SO ORDERED

                        */s/ Debra Freeman*
                        DEBRA FREEMAN
                        United States Magistrate Judge

Copies to:

All counsel (via ECF)